JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 818 -- In re RJR Nabisco, Inc., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/08/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru A-9), EXHIBITS 1-14 AND CERT. OF SERVICE -- defts. in Cook: F. Ross Johnson, Edward A. Horrigan, Harold L. Henderson, Robert J. Carbonell, Robert M. Schaeberle, Edward J. Robinson, James O. Welch, Andrew G.C. Sage, II, John D. Martin, RJR Nabisco Acquisition, Inc., RJR Nabisco, Inc., RJR Holdings Corp., RJR Holdings Group, Inc., and RJR Acquisition Corp.; and defts in Wiebke: RJR Nabisco, Inc. and Nabisco Brands Employee Stock Ownership Plan -- SUGGESTED TRANSFEREE DISTRICT: **SOUTHERN DISTRICT OF NEW YORK; SUGGESTED TRANSFEREE JUDGE: HON. JOHN M. WALKER** (cds) |
| 89/08/16 | | AMENDED CERTIFICATE OF SERVICE -- Movants -- Attached to Pleading #1 (cds) |
| 89/08/22 | | HEARING ORDER -- Setting motion of certain defendants for transfer of A-1 thru A-9 for hearing on September 28, 1989 in Boston, Massachusetts. Notified involved counsel, judges, and clerks. (rew) |
| 89/08/25 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- filed by pltfs. George P. Cook, et al. -- Granted to and including Sept. 6, 1989 to Cook pltfs. -- Notified involved counsel (ds) |
| 89/08/25 | | APPEARANCES -- **DAVID M. CLARK, ESQ.** for George P. Cook, et al.; **STEPHEN LOWEY, ESQ.** for Mary F. Brown, et al., Martin Foster, etc., Valerie Friedman and Barbara Handel; **CHARLES PLATT, ESQ.** for Hartford Accident and Indemnity Co., et al.; **PHILIP K. HOWARD, ESQ.** for Metropolitan Life Insurance Co., et al.; **MELVIN L. CANTER, ESQ.** for RJR Nabisco, Inc., RJR Holdings Corp., RJR Holdings Group, Inc., RJR Acquisition Corp. and Nabisco Brands Employee Stock Ownership Plan; **D. SCOTT WISE, ESQ.** for E. Ross Johnson, Edward A. Horrigan, Harold L. Henderson, Robert J. Carbonell, Robert M. Schaeberle, Edward J. Robinson, James O. Welch, Andrew G.C. Sage and John D. Martin; **GERALD KERNER, ESQ.** for Shearson Lehman Hutton, Inc.; **KEITH A. CLINARD, ESQ.** for Wachovia Bank & Trust Company, N.A. (ds) |
| 89/08/29 | 3 | RESPONSE (to Pldg. #1) -- Consolidated Shareholder Plaintiffs Mary F. Brown, et al., Martin Foster, etc., Valerie Friedman and Barbara Handel -- w/Exhibit 1 and cert. of service (cds) |
| 89/09/01 | | APPEARANCE: J. DONALD COWAN, JR., ESQ. FOR RJR Nabisco Acquisition, Inc. (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 818 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/09/05 | 4 | RESPONSE (to pldg. #1) -- Wachovia Bank and Trust Co., N.A. w/cert. of svc. (ds) |
| 89/09/05 | 5 | RESPONSE (to pldg. #1) -- Metropolitan Life Insurance Company and Jefferson-Pilot Life Insurance Company w/Appendix and cert. of svc. (ds) |
| 89/09/06 |  | APPEARANCE -- DOUGLAS R. SHORTRIDGE, ESQ. for Richard Wiebke, et al. (ds) |
| 89/09/06 | 6 | RESPONSE/BRIEF (to pldg. #1) -- George P. Cook, et al. w/CERT. OF SVC. (DS) |
| 89/09/06 | 7 | RESPONSE (to pldg. #1) -- Richard R. Wiebke, et al. w/cert. of svc. (ds) |
| 89/09/11 | 8 | REPLY BRIEF -- defts. RJR Nabisco, Inc., RJR Holdings Corp., RJR Holdings Group, Inc., RJR Acquisition corp. and Nabisco Breands Employee Stock Ownership Plan w/exhibit 1 and cert. of svc. (ds) |
| 89/09/26 | 9 | SUPPLEMENTAL RESPONSE -- Wachovia Bank and Trust Co., N.A. w/attachment and cert. of svc. (ds) |
| 89/09/28 |  | WAIVERS OF ORAL ARGUMENT (for Panel hearing held in Boston, Massachusetts on Sept. 28, 1989): **ALL WAIVED** (cds) |
| 89/10/10 |  | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Michael B. Mukasey for pretrial proceedings pursuant to 28 U.S.C. §1407 (ds) |
| 89/10/10 |  | TRANSFER ORDER -- transferring A-1 and A-2 to the Southern District of New York for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 91/09/04 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-11 Golden Eagle Industries, Inc. v. RJR Nabisco, Inc., et al., W.D. North Carolina, C.A. No. C-C-91-250-MU -- Notified involved judges and counsel (ds) |
| 91/09/18 | 10 | NOTICE OF OPPOSITION TO CTO -- B-11 Golden Eagle Industries, Inc. v. RJR Nabisco, Inc., et al., W.D.N.C., C.A. No. C-C-91-250-MU -- filed by pltf. Golden Eagle Industries, Inc. w/svc. -- Notified involved judges and counsel (ds) |

JPML FORM 1A

63

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 918 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/10/03 | 11 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- **Filed by pltf. in B-11 Golden Eagle Industries, Inc. v. RJR Nabisco, Inc., et al., W.D. North Carolina, C.A. No. C-C-91-250-MU** -- w/cert. of svc. (rh) |
| 91/10/18 | | HEARING ORDER -- setting Opposition of Plft. B-11 Golden Eagle Industries, Inc. to transfer for Panel hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, judges and counsel (srg) |
| 91/10/23 | 12 | JOINT RESPONSE/JOINT BRIEF/AFFIDAVIT OF MELVYN L. CANTER (containing exhibits A thru J) AND CERT. OF SVC. -- filed by RJR Nabisco, Inc., RJR Holdings Group, Inc., RJR Acquisition Corp, Nabisco Brands Employee Stock Ownership Plan; F. Ross Johnson, Edward A. Horrigan, Harold L. Henderson, Robert J. Carbonell, Robert M. Schaeberle, Edward J. Robinson, James O. Welch, Andrew G.C. Sage, II, John D. Martin and RJR Nabisco Acquisition, Inc. (ds) |
| 91/10/29 | 13 | REQUEST OF TIME TO FILE GOLDEN EAGLE'S REPLY AND FOR FURTHER BRIEFING -- Filed by Golden Eagle; RJR Nabisco, Inc.; RJR Holdings Group, Inc.; RJR Acquisition Corp.; Nabisco Brands Employee Stock Ownership Plan; F. Ross Johnson; Edward A. Horrigan; Harold; Harold L. Henderson; Robert J. Carbonell; Robert M. Schaeberle; Edward J. Robinson; James O. Welch; Andrew G.C. Sage, II; John D. Martin and RJR Nabisco Acquisition, Inc. -- GRANTED TO AND INCLUDING NOVEMBER 6, 1991 -- TO GOLDEN EAGEL AND RJR NABISCO (RJR NABISCO PLEADING LIMITED TO NEW DEVELOPMENTS -- NOT AS SURREPLY) -- Notified invovled counsel (rh) |
| 91/11/06 | 14 | SUPPLEMENTAL BRIEF (Re Pldg #12) -- Defts -- w/cert of svc (kac) |
| 91/11/06 | 15 | REPLY BRIEF -- Pltf. Golden Eagle w/Cert. of Svc. and affidavit (kac) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Pleading Description |
|---|---|
| 91/11/22 | HEARING APPEARANCES (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- RUSSELL M. ROBINSON, II, ESQ. for Golden Eagle Industries, Inc., MELVYN L. CANTOR, ESQ. for RJR Nabisco, Inc., Nabisco Brands Employee Stock Ownership Plan, RJR Holdings Corp., RJR Holdings Group, Inc., RJR Acquisition Corporation; D. SCOTT WISE, ESQ. for F. Ross Johnson (kac) |
| 91/11/22 | WAIVER OF ORAL ARGUMENT (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- Shearson Lehman Hutton, Inc. (kac) |
| 91/12/02 | TRANSFER ORDER -- B-11 Golden Eagle Industries, Inc. RJR Nabisco, Inc., et al., W.D. North Carolina, C.A. No. C-C-91-250-MU (**Action transferred to S.D. New York**) -- Notified involved counsel, judges, clerks and panel judges |

JPML Form 1

Revised: 8/78

DOCKET NO. 818 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re RJR Nabisco, Inc., Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 28, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 10, 1989 | TO | Unpublished | S.D. New York | Michael B. Mukasey | |

M-21-54

Special Transferee Information

DATE CLOSED: 4/12/94

JPML FORM 1      LISTING OF INVOLVED ACTIONS      S.D. New York
Judge Michael B. Mukasey

DOCKET NO. 818 -- In re RJR Nabisco, Inc., Securities Litigation    10/10/89

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George P. Cook, et al. v. F. Ross Johnson, et al. | N.C.,M. Bullock | C-89-400-WS | 10/10/89 | 89 Civ 6883 | | |
| A-2 | Richard R. Wiebke, et al. v. RJR Nabisco, Inc., et al. | Ind.,S. Barker | IP89-632C | 10/10/89 | 89 Civ 6882 | | |
| A-3 | Mary F. Brown, et al. v. RJR Nabisco, Inc., et al. | N.Y.,S. Walker | 88-Civ-7905(JMW) | | | | |
| A-4 | Martin Foster, etc. v. RJR Nabisco, Inc., et al. | N.Y.,S. Walker | 88-Civ-9033(JMW) | | | | |
| A-5 | Valerie Friedman v. RJR Nabisco, Inc., et al. | N.Y.,S. Walker | 88-Civ-8739(JMW) | | | | |
| A-6 | Norman Gekoski, et al. v. F. Ross Johnson, et al. | N.Y.,S. Walker | 88-Civ-8636(JMW) | | | | |
| A-7 | Barbara Handel v. RJR Nabisco, Inc., et al. | N.Y.,S. Walker | 88-Civ-9252(JMW) | | | | |
| A-8 | Hartford Accident and Indemnity Co., et al. v. RJR Nabisco, Inc., et al. | N.Y.,S. Walker | 88-Civ-8148(JMW) | | | 2/7/90 D | |
| A-9 | Metropolitan Life Insurance Co., et al. v. RJR Nabisco, Inc., et al. | N.Y.,S. Walker | 88-Civ-8266(JMW) | | | 4/12/91 D | |

JPML FORM 1 -- Continuation
Case MDL No. 818 Document 16 Filed 06/16/15 Page 7 of 11
Listing of Involved Actions -- p. 2

DOCKET NO. 818 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-10 | RJR Holding Corp. v. Jefferson Pilot Life *July 1990 - 2 TR / 8 XYZ / 1 dis / 9 Pending* | N.Y., S. Mukasey | 88-9023 | | | 4/12/91 D | |
| B-11 | Golden Eagle Industries, Inc. v. RJR Nabisco, Inc., et al. *9/4/91 opposed 9/18/91* *July 1992 2 Dism. / 7 pending* | W.D.N.C. Mullen | C-C-91-250-MU | 12-2-91 | 91 Civ. 8360 | 4/15/92 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 818 -- In re RJR Nabisco, Inc., Securities Litigation

---

GEORGE P. COOK, ET AL. (A-1)
David M. Clark, Esquire
Clark & Wharton
125 South Elm Street
Suite 600,
P.O. Box 1349
Greensboro, North Carolina  27402

RICHARD R. WIEBKE, ET AL. (A-2)

Douglas R. Shortridge, Esquire
1720 INB National Bank Tower
One Indiana Square
Indianapolis, Indiana  46204

MARY F. BROWN, ET AL. (A-3)
MARTIN FOSTER, ETC. (A-4)
VALERIE FRIEDMAN (A-5)
BARBARA HANDEL (A-7)
Stephen Lowey, Esquire
Lowey, Dannenberg, Bemporad,
  Brachtl & Selinger, P.C.
747 Third Avenue
New York, New York  10017

NORMAN GEKOSKI, ET AL. (A-6)
(NO APP. REC'D)
Charles R. Van deWalle, Esquire
Martin, Van deWalle, Cuarino
  & Donohue
17 Bertstow Road
Great Neck, New York  11021

HARTFORD ACCIDENT AND INDEMINITY
  CO., ET AL. (A-8)
Charles Platt, Esquire
LeBoeuf, Lamb, Leiby & McRae
520 Madison Avenue
New York, New York  10022

METROPOLITAN LIFE INSURANCE CO.,
  ET AL. (A-9)
Philip K. Howard, Esquire
Howard, Darby & Levin
10 East 53rd Street
New York, New York  10022

MARTIN FAMILY FUND
(intervenor plaintiff)
(NO APP. REC'D)
Mordecai Rosenfeld, Esquire
Mordecai Rosenfeld, P.C.
233 Broadway
New York, New York  10007

RJR NABISCO, INC.
RJR HOLDINGS CORP.
RJR HOLDINGS GROUP, INC.
RJR ACQUISITION CORP.
NABISCO BRANDS EMPLOYEE STOCK
  OWNERSHIP PLAN
Melvin L. Canter, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, New York  10017-3909

RJR NABISCO ACQUISITION, INC.

J. Donald Cowan, Jr., Esquire
Smith, Helms, Mullins & Moore
500 NCNB Building
Post Office Box 21927
Greensboro, North Carolina  27420

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __818__ -- _____

---

E. ROSS JOHNSON
EDWARD A. HORRIGAN
HAROLD L. HENDERSON
ROBERT J. CARBONELL
ROBERT M. SCHAEBERLE
EDWARD J. ROBINSON
JAMES O. WELCH
ANDREW G. C. SAGE
JOHN D. MARTIN
D. Scott Wise, Esquire
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York 10005

SHEARSON LEHMAN HUTTON, INC.
Gerald Kerner, Esquire
Willkie, Farr & Gallaher
One Citicorp Center
153 East 53rd Street
New York, New York 10022

WACHOVIA BANK & TRUST COMPANY, N.A.
Keith A. Clinard, Esquire
Womble, Carlyle, Sandridge & Rice
2400 Wachovia Building
301 North Main Street
Post Office Drawer 84
Winston-Salem, North Carolina 27102

GOLDEN EAGLE INDUSTRIES, INC. (B-11)
Russell M. Robinson, II, Esq.
Robinson, Bradshaw & Hinson, P.A.
1900 Independence Center
101 North Tryon St.
Charlotte, NC 28246

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 818 -- In re RJR Nabisco, Inc., Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| F. Ross Johnson | A-1, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-11 |
| RJR Nabisco, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-11 |
| Edward A. Horrigan | A-1 |
| Harold L. Henderson | A-1 |
| *Robert J. Carbonell* | A-1 |
| Robert M. Schaeberle | A-1 |
| Edward J. Robinson | A-1 |
| James O. Welch | A-1 |
| Andrew G.C. Sage, II | A-1 |
| John D. Martin | A-1 |
| RJR Acquisition Corp. | A-1, A-2, A-3, A-5, A-6 |
| RJR Holdings Corp., Inc. | A-1, A-2, A-3, A-5, A-6 |

p. \_\_\_\_\_

| | | |
|---|---|---|
| X | RJR Holding Group, Inc. | A1, A2, A4, A5, A7 |
| | RJR Nabisco Acquisition, Inc. | |
| X | Shearson Lehman Hutton, Inc. | |
| X | Nabisco Brands Employee Stock Ownership Plan | A3 |
| X | Martin Family Fund (intervenor plaintiff) | A6 |
| X | *Wachovia Bank & Trust Co., NA* | A1 |
| | | |
| | | |
| | | |
| | | |
| | | |